**Order entered September 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01024-CV

### MIKELL KELLY, Appellant

### V.

### JPMORGAN CHASE BANK, N.A., Appellee

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-15-03540-B**

## ORDER
Before Justices Lang-Miers, Stoddart, and Brown

Based on this Court's opinion of this date, we **AFFIRM** the trial court's September 2, 2015 order sustaining the contest to appellant's affidavit of indigence.


/s/     ADA BROWN
        JUSTICE